## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Antonio Seenyur,   Civ. No. 14-4250 (MJD/BRT)

    Plaintiff,

v.

Steve Hammer, *Warden, Minnesota State*   **ORDER**
*Prison, Rush City, Individually and in their official*
*capacities,* et al.

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 23, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's claims against Defendants Steve Hammer and Steve Hout are summarily **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1), and Defendants Steve Hammer and Steve Hout are dismissed from this action as Defendants;

    2.    Plaintiff's Motion to Accept and Consider the Defendants Steve Hammer and Steve Hout (Doc. No. 7) is **DENIED**; and

3. Plaintiff's claims concerning the confiscation of a piece of prison mail he sent to another inmate are summarily **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

Date: April 22, 2015                                    s/Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                        Chief United States District Judge