UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Antonio Seenyur, | Case No. 14-cv-4250 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jennifer Lynne Coolidge, *SOTP Program Director, Minnesota State Prison, Rush City, individually and in her official capacity*, | |
| Defendant. | |

---

This matter is before the Court on the July 21, 2016 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (Dkt. 100.) No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The magistrate judge's July 21, 2016 Report and Recommendation, (Dkt. 100), is **ADOPTED**;

2. Plaintiff Antonio Seenyur's motion for leave to amend his complaint, (Dkt. 97), is **DENIED;**

3. Defendant Jennifer Lynne Coolidge's motion for judgment on the pleadings and for summary judgment, (Dkt. 61), is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**;

4. Plaintiff's motion for appointment of counsel, (Dkt. 85), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 22, 2016            s/Wilhelmina M. Wright
                                                        Wilhelmina M. Wright
                                                        United States District Judge